# Order

Michigan Supreme Court
Lansing, Michigan

May 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132891(54)

JOSEPH PANDY, JR.,
      Plaintiff-Appellant,

v

SC: 132891
COA: 259784
Ingham CC: 03-001116-CZ

BOARD OF WATER AND LIGHT,
      Defendant-Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's October 3, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      CAVANAGH and KELLY, JJ., would grant reconsideration.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2008

Clerk

d0521